## PORTLAND CONSTRUCTION CO. v. O'NEIL.

Multnomah County: LOYAL B. STEARNS, Judge.

MOORE, J.—This second appeal is from the order of the court directing the clerk to enter satisfaction of the judgment. For the reasons embraced in the foregoing opinion, the decree of the court is affirmed.